*H. A. Brouse* and *R. Vaile,* for appellee.

————o————

## Shoecraft and Others *v.* Cain.

Printed Briefs.—All causes pending in the Supreme Court, if not submitted within one year from the date of filing, except when interlocutory orders may excuse the delay, will be dismissed upon the call of the docket, unless submitted on printed briefs. This rule is not in conflict with the act of *March* 2, 1855.

APPEAL from the *Marion* Common Pleas.

Gregory, J.—The transcript of the record was filed in the clerk's office of this court on the 29th day of *August,* 1863; notice was issued on the 28th day of *October* and served on the 2d day of *November* of the same year; no other step was taken in the case until the call of the docket, on the 30th day of *November,* 1864, when the appellants caused the appellee to be called and defaulted, and moved the court to submit the cause on *written brief.*

By Rule 41, in force when this motion was made, and by Rule 13, now in force, "All causes pending in the Supreme Court, if submitted within one year from the date at which they are filed, may be submitted upon plainly written or printed briefs. If not submitted within one year from the date of filing, except when interlocutory orders may excuse the delay, they will be dismissed on the call of the docket unless submitted on *printed brief.*"

This rule is not in conflict with the act of *March* 2, 1855. 2 G. & H. 3.

The appeal is dismissed at the costs of the appellants.

*John A. Beal,* for appellants.